FILED

JUN 16 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAIZEY KINN, individually and as Personal Representative of the Estate of Shannon Renee McBee, Deceased, and on behalf of JEREMY BAXTER, HUNTER BAXTER, and MAXWEL BAXTER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BAKERY d/b/a FRANZ FAMILY BAKERIES,<br><br>Defendant. | CV 19–24–M–DLC–KLD<br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 88.)

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs and fees.

DATED this 16th day of June, 2020.

Dana L. Christensen, District Judge
United States District Court